LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Whitney B. Weber (CA Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Michele D. Johnson (CA Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.755.8113

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Henry Yeh, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:23-cv-01790 - AGT<br><br>**TWITTER, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*From the Superior Court of the State of California, County of San Francisco, Case No. CGC-23-605100* |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corporation. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corporation.

Dated: April 13, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Elizabeth L. Deeley

Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Whitney B. Weber (CA Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Michele D. Johnson (CA Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.755.8113

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.*