**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Haywood S. Gilliam, Jr., Judge

| | | |
|---|---|---|
| HENRY YEH, individually an on behalf of all others similarly situated, ) ) ) ) | **Administrative Motions** | |
| Plaintiff, ) ) | | |
| vs. ) ) | NO. C 23-01790 HSG | |
| TWITTER, INC., ) ) | Pages 1 - 5 | |
| Defendant. ) _____) | Oakland, California Thursday, May 18, 2023 | |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:          Morgan & Morgan
                        Complex Litigation Group
                        201 N. Franklin Stret, 7th Floor
                        Tampa, Florida  33602
                   BY:  JEAN S. MARTIN, ATTORNEY AT LAW


For Defendant:          LATHAM & WATKINS
                        555 Eleventh Street NW, Suite 1000
                        Washington, D.C.  20004-1304
                   BY:  SUSAN E. ENGEL, ATTORNEY AT LAW

                        Latham & Watkins LLP
                        140 Scott Drive
                        Menlo Park, California  94025
                   BY:  ELIZABETH L. DEELEY, ATTORNEY AT LAW



Reported By:       Raynee H. Mercado, CSR No. 8258


   Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.

```
 1    Thursday, May 18, 2023                         2:00 p.m.
 2                    P R O C E E D I N G S
 3                          --o0o--
 4
 5         THE CLERK:  Calling case 23-CV-1790HSG, Yeh versus
 6    Twitter.
 7       Counsel, please step forward and state your appearance for
 8    the record.
 9         MS. ENGEL:  Good afternoon, Your Honor.  I'm Susan
10    Engel from Latham & Watkins, and I represent named defendant
11    Twitter.
12       And I'm here with my colleague Elizabeth Deeley, also
13    from Latham representing Twitter.
14       Thank you, Your Honor.
15         THE COURT:  Good afternoon.
16              (Off-the-record discussion.)
17         THE COURT:  Can you state your appearance?
18         MS. MARTIN:  Yes.  Good afternoon, Your Honor.  Jean
19    Martin with Morgan & Morgan on behalf of Mr. Yeh.
20         THE COURT:  All right.  Good afternoon to you both.
21       So, really, I have a simple "yes" or "no" question.  Is
22    the dispute about the effort to send this back to Judge Kim
23    mooted or not by the fact that the plaintiffs have now
24    dismissed the related cases?
25         MS. MARTIN:  We believe, Your Honor, that the issue
```

1    is mooted by at least Plaintiff Yeh's motion for remand.
2            **THE COURT:**  Well, the -- but the motion for remand
3    hasn't been granted.  The question that you're preliminary
4    [sic] raising is who it should be in front of, Judge Kim or
5    me.  That's the -- that's the issue.
6         And so what I'm asking is not what the ultimate import of
7    the motion to remand would be; is that, is there still a fight
8    about whether the case should be here or in front of Judge
9    Kim?
10           **MS. MARTIN:**  Plaintiff Yeh does not believe that this
11   court has subject matter jurisdiction over his case.  And he
12   has not consented to the magistrate judge.
13        And further, Your Honor, we don't believe that this issue
14   is appropriate for an administrative motion.
15           **THE COURT:**  I had a "yes" or "no."
16           **MS. MARTIN:**  Okay.
17           **THE COURT:**  There are additional steps that come from
18   that.  I understand your position.
19        What's your position?
20           **MS. ENGEL:**  No, Your Honor, it is not mooted.
21           **THE COURT:**  Okay.  Then here's how we'll proceed.
22        I agree that it's not an appropriate matter for an
23   administrative motion.  If you want to make a motion arguing,
24   notwithstanding the dismissal of the earlier cases, that
25   somehow the plaintiff is bound at this point to be before

1  Judge Kim, then file it as a noticed motion.  There will be a
2  response.
3      If you want to move to shorten time, you can.  I don't
4  know how compelling I will find that.  I'm a little baffled by
5  all of the machinations here anyway.  Got a lot of things to
6  do.
7      But that's how you need to proceed if -- if that's how you
8  believe you should proceed.
9          **MS. ENGEL:**  Okay.  We're happy to proceed that way.
10     If I may, make one or two additional points about the
11 administrative motion filing?
12         **THE COURT:**  No.
13         **MS. ENGEL:**  Okay.
14         **THE COURT:**  I think that if this is an argument that
15 you want to make and it's going to implicate, you know, the
16 fundamental right of the plaintiff to decline magistrate
17 jurisdiction and -- look, there's plenty of game-playing
18 that's gone on in the case, and I get it.  That's transparent.
19     But I don't think that this is the sort of issue that is
20 appropriate for an administrative motion, and so I'm going to
21 deny the administrative motion.
22     I will deny the administrative motion without prejudice to
23 you raising this in a noticed motion if you wish.
24         **MS. ENGEL:**  All right.  Thank you, Your Honor.
25     I mean, our interest is in proceeding efficiently, and so

```
1    we'll confer with the plaintiffs and just -- on next steps.
2         THE COURT:  That sounds good.
3         MS. MARTIN:  Thank you, Your Honor.
4         THE COURT:  You're welcome.
5             (Proceedings were concluded at 2:06 P.M.)
6                             --o0o--
```

### CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____
Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

Monday, May 22, 2023