LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Whitney B. Weber (CA Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Michele D. Johnson (CA Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.755.8113

Susan E. Engel (*Pro Hac Vice*)
 susan.engel@lw.com
Margaret A. Upshaw (*Pro Hac Vice*)
 maggie.upshaw@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HENRY YEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>TWITTER, INC.,<br>Defendant. | Case No. 4:23-cv-01790-HSG<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR REMAND AND TWITTER'S MOTION TO DISMISS**<br><br>Hon. Haywood S. Gilliam, Jr. |

X Corp., successor in interest to named defendant Twitter, Inc. ("Twitter") and Plaintiff Henry Yeh ("Plaintiff" or "Yeh) by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter the below Proposed Order approving this Stipulation.

**WHEREAS**, on March 10, 2023, Plaintiff filed a Class Action Compliant ("Complaint") in the Superior Court of California for the County of San Francisco (Dkt. 1-1);

**WHEREAS**, on April 13, 2023, Twitter filed a Notice of Removal and removed the Complaint to this Court (Dkt. 1);

**WHEREAS**, on May 12, 2023, Plaintiff filed a Motion for Remand (Dkt. 22);

**WHEREAS,** on May 22, 2023, Twitter filed a Motion to Dismiss the Complaint ("Motion to Dismiss") (Dkt. 31);

**WHEREAS**, pursuant to Civil L.R. 7-3(a) and 7-3(c), Twitter's response to Plaintiff's Motion for Remand is due on or before May 26, 2023, and Plaintiff's reply in support of the Motion for Remand is due on or before June 2, 2023;

**WHEREAS,** pursuant to Civil L.R. 7-3(a) and 7-3(c), Plaintiff's response to Twitter's Motion to Dismiss is due on or before June 5, 2023, and Twitter's reply in support of the Motion to Dismiss is due on or before June 12, 2023;

**WHEREAS**, the hearing on Plaintiff's Motion for Remand has been set for July 27, 2023 (Dkt. 24);

**WHEREAS**, the hearing on Twitter's Motion to Dismiss has been noticed for August 24, 2023 (Dkt. 31); and

**WHEREAS**, counsel for Plaintiff and Twitter have met and conferred and respectfully submit that good cause exists to set a briefing schedule on Plaintiff's Motion for Remand and Twitter's Motion to Dismiss, and to allow the Court to hear both motions on the same day.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for Plaintiff and Twitter, that:

1. Twitter's Opposition to Plaintiff's Motion for Remand shall be filed on or before June 9, 2023;

2. Plaintiff's Reply in Support of the Motion for Remand shall be filed on or before June 30, 2023;

3. Plaintiff's Opposition to Twitter's Motion to Dismiss shall be filed on or before July 7, 2023;

4. Twitter's Reply in Support of the Motion to Dismiss shall be filed on or before July 28, 2023; and

5. The hearing on Plaintiff's Motion for Remand is renoticed for August 24, 2023 at 2:00 p.m., which is the same date on which Twitter's Motion to Dismiss is noticed.

DATED:  May 23, 2023          LATHAM & WATKINS LLP

By: /s/ Elizabeth L. Deeley
Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Whitney B. Weber (CA Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Michele D. Johnson (CA Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.755.8113

Susan E. Engel (*Pro Hac Vice*)
 susan.engel@lw.com
Margaret A. Upshaw (*Pro Hac Vice*)
 maggie.upshaw@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.3309

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc*

DATED:  May 23, 2023          BERGER MONTAGUE P.C

By: /s/ E. Michelle Drake
E. Michelle Drake, (*pro hac vice forthcoming*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Sophia Rios, CA # 305801 |
|   | | 401 B Street, Suite 2000 |
|   | | San Diego, CA 92101 |
| 3 | | Telephone: (619) 489-0300 |
|   | | srios@bm.net |
| 4 | | |
| 5 | | LOCKRIDGE GRINDAL NAUEN P.L.L.P |
| 6 | | Kate M. Baxter-Kauf, (*pro hac vice forthcoming*) |
|   | | Karen Hanson Riebel, (*pro hac vice forthcoming*) |
| 7 | | 100 Washington Avenue South, Suite 2200 |
|   | | Minneapolis, MN  55401 |
| 8 | | Telephone: (612) 339-6900 |
|   | | Facsimile: (612) 339-0981 |
| 9 | | kmbaxter-kauf@locklaw.com |
|   | | khriebel@locklaw.com |
| 10 | | |
| 11 | | |
| 12 | DATED:  May 23, 2023 | MORGAN & MORGAN COMPLEX |
| 13 | | LITIGATION GROUP |
| 14 | | Michael F. Ram (CA. Bar No. 104805) |
|   | |  mram@ForThePeople.com |
| 15 | | 711 Van Ness Avenue, Suite 500 |
|   | | San Francisco, California 94102 |
| 16 | | Telephone: +1.415.358.6913 |
| 17 | | John A. Yanchunis (*Pro Hac Vice forthcoming*) |
|   | |  jyanchunis@ForThePeople.com |
| 18 | | Jean Sutton Martin (*Pro Hac Vice forthcoming*) |
|   | |  jeanmartin@ForThePeople.com |
| 19 | | Patrick Barthle (*Pro Hac Vice forthcoming*) |
| 20 | |  pbarthle@ForThePeople.com |
|   | | 201 N. Franklin Street, 7th Floor |
| 21 | | Tampa, Florida 33602 |
|   | | Telephone: +1.813.559.4908 |
| 22 | | |
| 23 | DATED:  May 23, 2023 | MILBERG COLEMAN BRYSON PHILLIPS |
| 24 | |  GROSSMAN, PLLC |
| 25 | | |
|   | | John J. Nelson |
| 26 | | 280 S. Beverly Drive |
|   | | Beverly Hills, CA 90212 |
| 27 | | Telephone: (858) 209-6941 |
|   | | Email: jnelson@milberg.com |
| 28 | | |

*Attorneys for Plaintiff Henry Yeh*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/24/2023

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge